| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF LOUISIANA |
| Case number *(if known)* _____   Chapter   **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Keithville Well Drilling & Services, LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **72-1324869**

**4. Debtor's address**

**Principal place of business**

**11719 Mansfield Road**
**Keithville, LA 71047**
Number, Street, City, State & ZIP Code

**Caddo**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership
   ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  1, 2016**
              MM / DD / YYYY

X **/s/ Jeffrey C Talley**                                       **Jeffrey C Talley**
Signature of authorized representative of debtor                 Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ Robert W. Raley**                                        Date **April  1, 2016**
Signature of attorney for debtor                                      MM / DD / YYYY

**Robert W. Raley**
Printed name

**Ayres, Shelton, Williams, Benson & Paine, LLC**
Firm name

**333 Texas Street, 1400 Regions Tower**
**Shreveport, LA 71101**
Number, Street, City, State & ZIP Code

Contact phone  **318-227-3500**        Email address  **robertraley@arklatexlaw.com**

**#11082**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Keithville Well Drilling & Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Atlas Tubular LP** PO Box 431 Robstown, TX 78380 | | | | | | $157,355.58 |
| **Baker Hughes Business Services** PO Box 301057 Dallas, TX 75303 | | Ella Grace Unit No. 1; Barbados No.1; Gemini No. 2; Lewis 21-16-9 H No. 1; LCV RA SUQ; McCrary 22-27 HC No. 2-ALT; Sidney McCullin 16-9 HC No. 1; Weye | | | | $167,014.74 |
| **Barnes Pipe & Steel Supply** 737 Prairie DuPont Drive Dupo, IL 62239 | | | | | | $57,600.00 |
| **Caddo Parish Sheriff Tax Dept** P.O. Box 20905 Shreveport, LA 71120 | | Ad Valorem PropertyTaxes | | | | $72,909.25 |
| **DOC Energy Services** PO Box 580 Oil City, LA 71061 | | | | | | $502,993.09 |
| **Drill Cutting Disposal Company** c/o Robert K Hammack 201 Heymann Blvd. Suite 24 Lafayette, LA 70503 | | Case No. 589423-C Petition Filed December 14, 2015 1st Judicial District Court State of Louisiana Parish of Caddo | Disputed | | | $114,024.75 |

Debtor **Keithville Well Drilling & Services, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Flint Energy Services**<br>PO Box 709<br>Haynesville, LA 71038 | | | | | | $210,165.96 |
| **JPS Equipment Rental**<br>PO Box 2357<br>West Monroe, LA 71294 | | | | | | $129,922.33 |
| **Julian C Whittington**<br>PO Box 850<br>Benton, LA 71006 | | Ad Valorem Taxes on Rig 2 | | | | $104,802.48 |
| **KLX**<br>28099 Expedite Way<br>Chicago, IL 60695 | | | | | | $70,082.11 |
| **Louisiana Department of Revenue**<br>PO Box 4936<br>Baton Rouge, LA 70821 | | Sales tax for filing periods: January 31, 2013 through September 30, 2015 | | | | $313,030.45 |
| **Mathena, Inc.**<br>3900 South Hwy 81 Service Road<br>El Reno, OK 73036 | | | | | | $323,799.88 |
| **Oilfield Industrial Supply, INC**<br>PO Box 7867<br>Shreveport, LA 71107 | | | | | | $197,782.93 |
| **Red River Pump Specialists**<br>1555 Wells Island Road<br>Shreveport, LA 71107 | | | | | | $42,733.07 |
| **Reliance Industrial Products**<br>1001 M&O Drive<br>Bossier City, LA 71111 | | | | | | $42,654.79 |
| **Schramm, Inc**<br>800 E Virgina Avenue<br>West Chester, PA 19380 | | | | | | $164,746.88 |
| **Smith Oil Company**<br>PO Box 7905<br>Shreveport, LA 71137 | | | | | | $214,795.68 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **Keithville Well Drilling & Services, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Timco Services, Inc**<br>**PO Box 4346**<br>**Houston, TX 77210** | | | | | | **$123,043.42** |
| **Wholesale Pump & Supply**<br>**1284 N Market Street**<br>**Shreveport, LA 71107** | | | | | | **$175,587.86** |
| **Wildhorse Resources Company, LLC**<br>**c/o Michael Marino**<br>**American Tower**<br>**401 Market Street, Suite 1250**<br>**Shreveport, LA 71101** | | | | | | **$80,977.00** |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Keithville Well Drilling & Services, LLC**                                    Case No.
                                            Debtor(s)                                    Chapter    **11**


# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Keithville Well Drilling & Services, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


| | |
|---|---|
| **April 1, 2016** | **/s/ Robert W. Raley** |
| Date | **Robert W. Raley #11082** |
| | Signature of Attorney or Litigant |
| | Counsel for **Keithville Well Drilling & Services, LLC** |
| | **Ayres, Shelton, Williams, Benson & Paine, LLC** |
| | **333 Texas Street, 1400 Regions Tower** |
| | **Shreveport, LA 71101** |
| | **318-227-3500 Fax:318-227-3980** |
| | **robertraley@arklatexlaw.com** |